IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOMINICK MAIDA, ET AL.**                                              **PLAINTIFF**

**VS.**                  **CASE NO. 4:07CV001151 JMM**

**SAMANTHA SHERMAN, ET AL.**                                **DEFENDANTS**

**ORDER**

Plaintiffs' Motion to Stay Deadlines pending rulings by the Bankruptcy Court on James Sherman's and Samantha Sherman's a/k/a Samantha Vincent's bankruptcy petition is granted (#16). The deadlines set forth in the scheduling order of March 19, 2008 are temporalty stayed. The Court Trial remains scheduled for the week of October 20, 2008.

IT IS SO ORDERED THIS  1  day of  April , 2008.

_____
James M. Moody
United States District Judge