IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOMINICK MAIDA, ET AL.                                                            PLAINTIFFS

vs.                              NO. 4:07CV001151 BSM

SAMANTHA SHERMAN, ET AL.                                              DEFENDANTS

## ORDER

Counsel for Plaintiffs has advised the Court that certain Defendants have dismissed their bankruptcy petition. Therefore, the stay ordered by Judge Moody on April 1, 2008 is lifted. The Court will issue a new scheduling order.

IT IS SO ORDERED this 7th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE