IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOMINICK MAIDA, ET AL.                                                                         PLAINTIFFS

vs.                                          NO. 4:07CV001151 BSM

SAMANTHA SHERMAN, ET AL.                                                                  DEFENDANTS

## ORDER

On January 22, 2008, defendant Samantha Sherman, who is proceeding *pro se*, filed an answer on behalf of herself, and defendants James Sherman, Joe Vincent II, the Vision Group, Inc. and VGRT, Inc.  Samantha Sherman is not an attorney.

"It is settled law that a corporation may be represented only by licensed counsel." *Carr Enters., Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983).  Furthermore, Samantha Sherman cannot represent the other individual defendants.  *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."); *Snead v. Kirkland*, 462 F. Supp. 914, 918 (E.D. Penn. 1978) (layperson could represent himself with respect to his individual claims, but could not act as an attorney for others in federal court).

The answers of defendants James Sherman, Joe Vincent II, the Vision Group, Inc. and VGRT are stricken.  These defendants will have twenty days to file an answer on their behalf.  Failure to do so will result in the entry of default.

IT IS SO ORDERED this 18th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE