IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOMINICK MAIDA, ET AL.                                              PLAINTIFFS

vs.                              NO. 4:07CV001151 BSM

SAMANTHA SHERMAN, ET AL.                                          DEFENDANTS

**ORDER**

On November 14, 2008, the court held a hearing on its order to show cause. Plaintiffs appeared in person and by counsel, Perry Young, and defendant Samantha Sherman appeared *pro se*. Also appearing but not participating were separate co-defendant Jerry Johnson and his counsel, Clifford Sward and Kathy Hall. Having heard argument by plaintiffs' counsel and from Samantha Sherman, the court orders as follows:

1. Defendants Samantha Sherman, Joe Vincent II, James Sherman, VGRT, Inc., and the Vision ("Sherman defendants") are in violation of the court's order of August 2, 2008, directing defendants to produce discovery requested by plaintiffs.

2. The Sherman defendants shall have ten days, or until December 1, 2008, to fully and truthfully respond to plaintiffs' discovery requests first served on June 6, 2008.

3. Plaintiffs' motion for contempt and for discovery sanctions (Doc. No. 37) is granted to the extent that plaintiffs are awarded $1050.00 in attorney's fees and $120.00 in costs. The Sherman defendants shall pay the $1,170.00 to plaintiffs' counsel within ten business days of the date of the hearing, or by December 1, 2008.

4. Plaintiffs shall serve a copy of this order on the Sherman defendants and file an

affidavit of service.  Failure of the Sherman defendants to comply with this order may result in the imposition of additional sanctions.

Accordingly, the motion for contempt and for discovery sanctions (Doc. No. 37) is granted to the extent set forth above.

IT IS SO ORDERED this 19th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE