IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOMINICK MAIDA, ET AL.                                                    PLAINTIFFS

vs.                                   NO. 4:07CV001151 BSM

SAMANTHA SHERMAN, ET AL.                                          DEFENDANTS

## ORDER

The motion of defendant Samantha Sherman to reconsider the May 29, 2009, order [Doc. No. 70] has been considered and is denied.

IT IS SO ORDERED this 22nd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE