IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOMINICK MAIDA, DORTHY MARIE MAIDA,
MAIDA INC.                                                                                          PLAINTIFFS

vs.                                   NO. 4:07CV001151 BSM

SAMANTHA SHERMAN a/k/a/SAMANTHA
VINCENT a/k/a FAITH VINCENT, JOE VINCENT II,
JAMES SHERMAN, JERRY JOHNSON,
THE VISIONGRP, INC. d/b/a THE VISION GROUP,
and VGRT, INC., d/b/a VISION GROUP REIT, INC.
and VGRT., LLC                            .                                                        DEFENDANTS

## AMENDED JUDGMENT

Pursuant to the Order entered this date, judgment is granted for plaintiffs and against defendants as follows:

1) arising out of the "credit repair program," in favor of Dominick and Dorthy Maida against all defendants, jointly and severally, in the amount of $1,698.00 plus prejudgment interest at the rate of six percent from September 20, 2005 through entry of judgment, trebled pursuant to RICO;

2) with regard to the $25,000.00 investment, in favor of Maida, Inc. jointly and severally against all defendants, in the amount of $25,000.00 plus interest at the rate of six percent from May 12, 2006, trebled pursuant to RICO;

3) arising out of the Marianna House purchase, in favor of Dominck Maida, and jointly and severally against all defendants, in the amount of $15,733.65 initially received by

defendants as "commission," and prejudgment interest at the rate of six percent from September 24, 2007, through judgment, trebled pursuant to RICO;

4) arising out of damages suffered arising from the Marianna house purchase, in favor of Dominck Maida and against all defendants jointly and severally, in the amount of $8,320.00, trebled pursuant to RICO;

5) arising out of the VGRT REIT, in favor of the Maidas, and against all defendants jointly and severally, in the amount of $3,000.00 plus prejudgment interest at the rate of six percent per annum since January 16, 2007, trebled pursuant to RICO;

6) arising from the Battery House actions, in favor of the Maidas and against all defendants except Jerry Johnson, in the nominal amount of $1.00, trebled pursuant to RICO;

7) $1,170.00 in costs and fees previously awarded by the court against defendant Samantha Sherman; and

8) with respect to each defendant, reasonable costs and attorney's fees along with post-judgment interest at the statutory rate.

IT IS SO ORDERED this 13th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE