IN THE UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DOMINICK MAIDA, ET AL <br>     Plaintiff | ) <br> ) <br> ) |
| v. | ) Civil Action No. 4:07-cv001151 BSM <br> ) |
| SAMANTHA SHERMAN, JOE VINCENT II, JAMES SHERMAN, JERRY JOHNSON, THE VISION GRP, INC. d/b/a THE VISION GROUP and VISIONGRP, and VGRT, INC. <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

WHEREAS the Plaintiff/Judgment Creditor has served a Garnishment herein, to which Wal-Mart Stores, Inc. has responded as Garnishee, which Garnishee has responded that it holds $644.31 in salary, which is the property of the Judgment Debtor Jerry Johnson, and which does not exceed the Judgment amount herein.

NOW, THEREFORE, IT IS HEREBY ORDERED that Wal-Mart Stores, Inc. shall upon service of this Order on it, release to Jensen Young and Houston, PLLC, as attorneys for Plaintiff/Judgment Creditors, Dominick Maida, Dorthy Marie Maida and Maida, Inc., whose address appears below, those amounts subject to garnishment pursuant to Title III of the Consumer Credit Protection Act, to-wit, one-quarter of that disposable income, including salary, commissions and bonuses payable to the Defendant Jerry Johnson, following mandatory deductions for federal and state income taxes, unemployment taxes, and Social Security/Medicare taxes, or if such disposable income should equal less than $234.00 per week, then those amounts in excess of $175.50.00 per week up to a total of $234.00 per week in garnished pay, and one-quarter of all sums payable in excess thereof, which amount shall

be credited towards the outstanding amount due upon the Judgment entered herein, and pending receipt of a Satisfaction of Judgment or further Order terminating this Order on Garnishment, for as long as the Defendant shall remain employed by the Garnishee, to continue to withhold such sums and to pay same to the attention of Plaintiffs' counsel on each date on which the Defendant Jerry Johnson is paid.

SO ORDERED THIS 6th day of January, 2010.

/s/ Brian S. Miller
Hon. Brian S. Miller,
United States District Court Judge

Respectfully submitted:
Perry Y. Young (ABN 97091)
Jensen Young & Houston, PLLC
Attorneys for Plaintiffs/Judgment Creditors
PO Box 1500
Benton, AR  72018
501/315-2255 (V); 501/315-3355 (F)