IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DOMINICK MAIDA, ET AL                                              Plaintiffs

       v.     Civil Action No. 4:07-cv-1151 BSM

SAMANTHA SHERMAN, JOE VINCENT II,
JAMES SHERMAN, JERRY JOHNSON, THE
VISION GRP, INC. d/b/a THE VISION GROUP
and VISIONGRP, and VGRT, INC.                                      Defendants

ARKANSAS BLUE CROSS and BLUE SHIELD                Garnishee

## ORDER

WHEREAS the Plaintiff/Judgment Creditor has served a Garnishment herein, to which Arkansas Blue Cross and Blue Shield has responded as Garnishee, which Garnishee has responded that it holds $1,010.26 in salary, of which $892.89 is disposable income, which is the property of the Judgment Debtor Samantha Sherman, and which does not exceed the Judgment amount herein.

NOW, THEREFORE, IT IS HEREBY ORDERED that Arkansas Blue Cross and Blue Shield shall upon service of this Order on it, release to Jensen Young and Houston, PLLC, as attorneys for Plaintiff/Judgment Creditors, Dominick Maida, Dorthy Marie Maida and Maida, Inc., whose address appears below, those amounts subject to garnishment pursuant to Title III of the Consumer Credit Protection Act, to-wit, one-quarter of that disposable income, including salary, commissions and bonuses payable to the Defendant Samantha Sherman, following mandatory deductions for federal and state income taxes, unemployment taxes, and Social Security/Medicare taxes, or if such disposable income should equal less than $234.00 per week, then those amounts in excess of $175.50 per week up to a total of $234.00 per week in garnished pay, and one-quarter of all sums payable in

excess thereof, which amount shall be credited towards the outstanding amount due upon the Judgment entered herein, and pending receipt of a Satisfaction of Judgment or further Order terminating this Order on Garnishment, for as long as the Defendant shall remain employed by the Garnishee, to continue to withhold such sums and to pay same to the attention of Plaintiffs' counsel on each date on which the Defendant Samantha Sherman is paid.

SO ORDERED THIS 1st day of April, 2010.

_____
Hon. Brian S. Miller,
United States District Court Judge

Respectfully submitted:
Perry Y. Young (ABN 97091)
Jensen Young & Houston, PLLC
Attorneys for Plaintiffs/Judgment Creditors
PO Box 1500
Benton, AR  72018
501/315-2255 (V); 501/315-3355 (F)